1  THOMAS E. MONTGOMERY, County Counsel (State Bar No. 109654)
   County of San Diego
2  By DAVID BRODIE, Senior Deputy (State Bar No. 156855)
   1600 Pacific Highway, Room 355
3  San Diego, California 92101-2469
   Telephone: (619) 531-4871
4  Facsimile: (619) 531-6005
   E-mail: david.brodie@sdcounty.ca.gov
5
6  Attorneys for Defendants County of San Diego, Ian Baxter, Alfredo Guardado, Brooke
      Guild, Benita Jemison, Abigail Joseph, Nancy Quinteros, and Antonia Torres
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL LEWIS, LAUREN TAYLOR, and minors CAMERAN LEWIS and BAILEY LEWIS, by and through their Guardian ad Litem, | No. **'13CV2818 L    JMA**  |
| Plaintiffs, | **NOTICE OF REMOVAL OF CIVIL ACTION** |
| v. | [28 U.S.C. §§ 1343, 1441] |
| COUNTY OF SAN DIEGO; CITY OF CORONADO; CORONADO POLICE OFFICER PATRICK O'MALLEY; CORONADO POLICE OFFICER ROBERT CLINE; COUNTY AGENT IAN BAXTER; COUNTY AGENT N. QUINTEROS; COUNTY AGENT SUPERVISOR BENITA JEMISON; COUNTY AGENT ABIGAIL JOSEPH; COUNTY AGENT SUPERVISOR ANTONIA TORRES; COUNTY AGENT BROOKE GUILD; COUNTY AGENT SUPERVISOR ALFREDO GUARDADO; and DOES 1-50, | |
| Defendants. | |

**TO   THE CLERK OF THE ABOVE-ENTITLED COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Defendants County of San Diego, Ian Baxter, Nancy Quinteros, Benita Jemison, Abigail Joseph, Antonia Torres, Brooke Guild, and

1  Alfredo Guardado ("Defendants") hereby remove to the United States District Court for
2  the Southern District of California a civil action entitled *Michael Lewis, et al. v. County
3  of San Diego, et al.*, Case No. 37-2013-00061742-CU-PA-CTL (the "State Action"),
4  which was originally filed in Superior Court of the State of California, County of San
5  Diego, Central Branch on August 7, 2013.

6      On October 30, 2013, Defendant County of San Diego was served with the
7  Summons and Complaint, and on November 4, 2013, Ian Baxter, Alfredo Guardado,
8  Brooke Guild, Benita Jemison, Abigail Joseph, Nancy Quinteros, and Antonia Torres
9  were served with the Summons and Complaint, a copy of which is attached as Exhibit A.

10      This action is a civil action of which this Court has original jurisdiction under 28
11  U.S.C. §§ 1331 and 1343, and is one which may be removed to this Court by Defendants
12  pursuant to 28 U.S.C. § 1441 based on allegations in the State Action that it arises under
13  the U.S. Constitution and the laws of the United States, specifically 42 U.S.C. § 1983.

14      Defendants City of Coronado, Coronado Police Officer Patrick O'Malley, and
15  Coronado Police Officer Robert Cline have been served with the Summons and
16  Complaint, and join in this notice of removal.

17  DATED:  November 27, 2013      THOMAS E. MONTGOMERY, County Counsel

18                                By: s:/ *David L. Brodie*
                                  DAVID L. BRODIE, Senior Deputy
19                                Attorneys for Defendants County of San Diego, Ian
20                                Baxter, Alfredo Guardado, Brooke
                              Guild, Benita Jemison, Abigail Joseph, Nancy Quinteros
21                                and Antonia Torres
                              E-mail: david.brodie@sdcounty.ca.gov