UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES AND ORDER THEREON

CASE NO.: 13-cv-02818-L-JMA     CASE TITLE: Lewis et al v. San Diego, County of et al
E-FILED DATE: 1/6/2014     DOCKET NO.: 6
DOCUMENT TITLE: Notice of Appearance
DOCUMENT FILED BY: Bailey Lewis, Cameran Lewis, Michael Lewis, Lauren Taylor
Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

| | Civil Local Rule or Electronic Case Filing Administrative Policies and Procedures Manual provision ("ECF") | Discrepancy |
|---|---|---|
| x | | |
| | ECF § 2(k) | Exhibits not individually attached |
| | ECF § 2(a), (g) | |
| X | ECF § 2(f) | Document not signed |
| | ECF § 2(g)(2) | Proof of service not filed as separate attachment |
| | ECF § 2(g)(2) | Documents in support must be filed as attachments to the original document absent leave of Court |
| | Civ. L. Rule 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely. |
| | Civ. L. Rule 7.1 or 47.1 or Crim. L. Rule 47.1 | Lacking memorandum of points and authorities in support as a separately-attached document |
| | Civ. L. Rule 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| | Civ. Rule 4 | Missing name of party waiving service |
| | Civ. L. Rule 5.1 | Judicial Officer missing, Incorrect Judge Initial in case number |
| X | Civ. L. Rule 5.2 and ECF § 2(d) | Missing Proof of Service |

**IT IS HEREBY ORDERED**:

| | |
|---|---|
| | The documents are accepted despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record. |
| X | The documents are rejected. It is ordered that the Clerk **STRIKE** the documents from the record, and serve a copy of this order on all parties. |

**Counsel is advised that any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties.**

DATED:  January 6, 2014

_____
M. James Lorenz
United States District Court Judge