**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL LEWIS, LAUREN TAYLOR, C.L., a minor, and B.L., a minor, by and through their guardian ad litem,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, COUNTY AGENT IAN BAXTER, COUNTY AGENT N. QUINTEROS, COUNTY AGENT SUPERVISOR BENITA JEMISON, COUNTY AGENT ABIGAIL JOSEPH, COUNTY AGENT SUPERVISOR ANTONIA TORRES, COUNTY AGENT SUPERVISOR ALFREDO GUARDADO, and COUNTY AGENT BROOKE GUILD,<br><br>Defendants. | CASE NO. 13-cv-2818-H-JMA<br><br>**ORDER DENYING MOTION TO AMEND SCHEDULING ORDER**<br><br>[Doc. No. 60] |

On April 14, 2016, the parties moved to extend the deadline for Plaintiffs to file a motion for leave to amend the complaint. (Doc. No. 60.) The Court declines to grant the motion.

This case has been pending since November of 2013. (Doc. No. 1.) Plaintiffs filed an amended complaint in August of 2014. (Doc. No. 17.) They also filed a notice of intent not to amend further on March 25, 2015. (Doc. No. 30.) Plaintiffs have been on notice of the April 4, 2016 deadline since February 2, 2016. (Doc. No. 49 ¶ 1.) The deadline has passed.

Rule 6(b) of the Federal Rules of Civil Procedure provides that the court has discretion to extend a deadline for good cause. When the deadline has passed, good cause requires "excusable neglect." Fed. R. Civ. P. 6(b)(1)(B). New counsel as of four months ago is not good cause. Additionally, Plaintiffs' proposed new claims are separate from the ones in the present complaint, as they involve medical examinations and different transactions that would unduly complicate this case at this stage. And, at this point, the parties have done substantial discovery on Plaintiffs' present claims. (See Doc. No. 60 ¶ 5.)

Accordingly, exercising its discretion, the Court declines to grant the parties' untimely motion. Plaintiffs can assert the new claims in a separate complaint, which will be assigned a new case number and proceed separately. The Court notes that the statute of limitations will not be an issue because Plaintiffs are minors. See Cline v. Brusett, 661 F.2d 108, 110 (9th Cir. 1981); Cal. Civ. Code § 352(a).[1]

**IT IS SO ORDERED.**

DATED: April 15, 2016

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

---

[1] The Court also declines to move the deadline for lodging the proposed final pretrial conference order. (Doc. No. 58 ¶ 13.)