# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LEWIS, LAUREN TAYLOR, C.L., a minor, and B.L., a minor, by and through Guardian Ad Litem,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>Defendants. | Case No.: 13-CV-02818-H-JMA<br><br>**AMENDED JUDGMENT IN FAVOR OF DEFENDANTS BAXTER, QUINTEROS, JEMISON; AGAINST DEFENDANT COUNTY OF SAN DIEGO** |

On August 18, 2017, the Court entered an amended judgment in favor of Defendants Baxter, Quinteros, and Jemison on all causes of action. (Doc. No. 245.) The Court entered judgment in favor of the Defendant County of San Diego as to all claims by Plaintiffs Lewis and Taylor. (Id.) The Court entered judgment in favor of Plaintiffs C.L. and B.L. as to their claims against Defendant County of San Diego and awarded C.L. and B.L. each $1 in nominal damages, payable by County of San Diego, as well as costs and fees as allowed by law. (Id.)

On December 22, 2017, the Clerk of Court taxed costs for Plaintiffs C.L. and B.L. in the amount of $28,732.47. (Doc. No. 287.) On January 30, 2018, the Court granted

Plaintiffs C.L. and B.L. reasonable attorneys' fees in the amount of $499,509.00. (Doc. No. 298.)

Accordingly, the Court amends the prior Amended Judgment to include an award of costs to Plaintiffs C.L. and B.L. in the amount of $28,732.47 and an award of attorneys' fees to Plaintiffs C.L. and B.L. in the amount of $499,509.00.

**IT IS SO ORDERED.**

DATED: January 31, 2018

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT